# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL GOLDEN, | ) Case No.: 2:11-cv-01071-WBS -KJN |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING REQUEST FOR** |
| | ) **TELEPHONIC APPEARANCE** |
| MIDLAND CREDIT MANAGEMENT INCORPORATED, | ) |
| Defendant. | ) |

Having considered Plaintiff's Request to appear telephonically at the Status Conference currently set for August 22, 2011 at 2:00 pm; upon good cause showing, Plaintiff's request to appear telephonically is hereby GRANTED.

Plaintiff shall contact the Court pursuant to instructions to be provided by the Courtroom Deputy on the date and time set for this matter.

DATED: August 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{PROPOSED} ORDER