TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
ARVIN C. LUGAY (SBN 242599
alugay@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for Defendant
Midland Credit Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOLDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | CASE NO.: CV11-01071 WBS (KJN)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE**<br><br>The Honorable William B. Shubb |

1  Defendant Midland Credit Management, Inc. requests permission to appear
2  telephonically at the Scheduling Conference currently set for August 22, 2011 at
3  2:00 p.m.
4  Good cause having been shown,
5  IT IS HEREBY ORDERED that Defendant's request to appear telephonically
6  at the Scheduling Conference is GRANTED.  Defendant's counsel shall remain
7  available by telephone until released by the Court.  Defendant shall contact the
8  Court pursuant to instructions to be provided by the Courtroom Deputy on the date
9  and time set for this matter.

11  IT IS SO ORDERED

14  DATED:  August 5, 2011

16  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

22  DATED: August 4, 2011         Submitted by:
23                                SIMMONDS & NARITA LLP
                                  TOMIO B. NARITA
                                  ARVIN C. LUGAY

26                                By:   s/Arvin C. Lugay
                                        Arvin C. Lugay
                                        Attorneys for defendant
27                                      Midland Credit Management, Inc.