# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOLDEN, | Case No.: 2:11-cv-01071-WBS -KJN |
| Plaintiff, | |
| v. | **ORDER** |
| MIDLAND CREDIT MANAGEMENT INCORPORATED, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE